Aaron I. Engle, Esq.
*Pro Hac Vice*/WSBA #37955
Email: englea@nlelaw.com
Frederick P. Langer, OR #021813, WSBA #25932
Email: langerf@nlelaw.com
Nelson Langer Engle, PLLC
1015 NE 113th Street
Seattle, WA 98125
Telephone (206) 623-7520
Facsimile (206) 622-7068
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| SUSAN L. ARNSPERGER, a single woman,<br><br>Plaintiff,<br>vs.<br><br>THE BOEING COMPANY EMPLOYEE BENEFIT PLAN, the Plan; AETNA LIFE INSURANCE COMPANY, a foreign corporation.<br>Defendant. | Case No.: 6:11-CV-6293-AA<br><br>STIPULATED MOTION AND ORDER ON ATTORNEYS' FEES AND COSTS |

Pursuant to the Court's Order dated February 5, 2013, the parties have conferred over the attorneys' fee award and Defendants agree to pay Susan Arnsperger's attorneys' fees in the amount of $37,295.00 and costs in the amount of $478.16.

DATED this 1st day of March 2013.

| | |
|---|---|
| s/Aaron I. Engle | s/Sarah N. Turner |
| *Pro Hac Vice*/WSBA #37955 | OSB #090430 |
| Nelson Langer Engle, PLLC | Gordon & Rees |
| 1015 NE 113th Street | 701 Fifth Avenue, Suite 2100 |
| Seattle, WA 98125 | Seattle, WA 98104 |
| Telephone (206) 623-7520 | Telephone (206) 695-5115 |
| Facsimile (206) 622-7068 | Facsimile (206) 595-5115 |
| englea@nlelaw.com | sturner@gordonrees.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

Stipulated Motion and Order
on Attorneys' Fees and Costs - 1

Nelson Langer Engle PLLC
1015 N.E. 113th Street, Seattle, WA 98125
(206) 623-7520
Fax: (206) 622-7068

## ORDER

The Court having considered the stipulation of the parties, it is hereby

ORDERED that the Plaintiff is awarded her attorneys fees in the amount of $37,295.00 and costs in the amount of $478.16.

DONE IN OPEN COURT this 4th day of March 2013.

_____
Honorable Ann L. Aiken

Stipulated Motion and Order
on Attorneys' Fees and Costs - 2

Nelson Langer Engle PLLC
1015 N.E. 113th Street, Seattle, WA 98125
(206) 623-7520
Fax: (206) 622-7068